UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Shernita Virgillia Lewis           Case No.  09-35178
                                                       Chapter 13

**NOTICE OF OBJECTION TO CLAIM**

     <u>Linda D. Jennings and The Oulton Law Firm</u> have filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.**

     If you do not want the court to eliminate or change your claim, then on or before <u>March 24, 2010,</u> you or your attorney must:

     File with the court, at the address below, a written response to the objection and a request for a hearing.  **Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.**  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

          Clerk of Court
          United States Bankruptcy Court
          701 E. Broad Street
          Richmond, VA 23219

You must also mail a copy to:

          Linda D. Jennings, Esq.
          The Oulton Law Firm, PLLC
          2807 N. Parham Rd, Suite 107
          Richmond, VA 23294

☐   Attend the hearing on the objection scheduled to be held on _____ _____ at _____ \_\_\_\_m. at United States Bankruptcy Court, _____
_____.

[x]   Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: February 23, 2010

        /s/ Linda D. Jennings
        Linda D. Jennings, VSB#19455
        The Oulton Law Firm, PLLC
        2807 N Parham Rd., Suite 107
        Richmond, VA 23294
        804-747-7707 (ph)
        804-747-7706 (fax)
        Counsel for Debtor

**Certificate of Service**

I certify that on February 23, 2010 a copy of this Notice of Objection to Claim was mailed, first class, postage prepaid, faxed or electronically transmitted to Robert E. Hyman, Chapter 13 Trustee, at P. O. Box 1780 Richmond, VA 23219-1780
The U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, Beneficial Mortgage Company of Virginia at P. O. Box 21188, Eagan, MN 55121-4201, and all other creditors and necessary parties.

        /s/ Linda D. Jennings
        Linda D. Jennings

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Shernita Virgillia Lewis                                    Case No.  09-35178
                                                            Chapter 13

### Objection to Claim

The objecting party objects to the following claim in this case:

Claimant's Name: Beneficial Mortgage Company of Virginia

Claim #:     15                                    Amount  $ 859.82

DETAILED BASIS OF OBJECTION INCLUDING GROUNDS FOR OVERCOMING ANY PRESUMPTION UNDER RULE 3001(f):

Claimant has filed for arrearages on mortgage payments on a property that has been surrendered in the Chapter 13 Plan filed by Debtor

                                                /s/ Linda D. Jennings
DATED:  February 23, 2010                       **Linda D. Jennings**
                                                The Oulton Law Firm, PLLC
                                                2807 N Parham Rd, Suite 107
                                                Richmond, VA 23294
                                                804-747-7707
                                                VSB # 19455

**Certificate of Service**

I certify that on February 23, 2010 a copy of this Objection to Claim was mailed, first class, postage prepaid, faxed or electronically transmitted to Robert E. Hyman, Chapter 13 Trustee, at P. O. Box 1780 Richmond, VA  23219-1780, The U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, Beneficial Mortgage Company of Virginia at P. O. Box 21188, Eagan, MN 55121-4201, and all other creditors and necessary parties.

                                                s/ Linda D. Jennings
                                                Linda D. Jennings

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Shernita Virgillia Lewis        Case No. 09-35178
                                Chapter 13

**Proposed Order**

There having been no opposition to the herein objection to claim number 15  the claim of Beneficial Mortgage Company of Virginia  in the amount of $859.82 and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

**ORDERED** the claim is:

| X | DISALLOWED |

|   | ALLOWED AS A TIMELY FILED CLAIM IN THE AMOUNT OF $_____ |

|   | ALLOWED AS A TARDILY FILED CLAIM IN THE AMOUNT OF $_____ |

|   | OTHER:  MODIFIED TO UNSECURED RATHER THAN SECURED |

I ask for this:

/s/ Linda D. Jennings_____
Linda D. Jennings, VSB#19455
Counsel for Debtor


Entered on Docket _____


                                    _____
                                    U.S. Bankruptcy Judge

## CERTIFICATE OF SERVICE

I certify that on February 23, 2010 a copy of this Proposed Order was mailed, first class, postage prepaid, faxed or electronically transmitted to Robert E. Hyman, Chapter 13 Trustee, at P. O. Box 1780 Richmond, VA   23219-1780, The U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, Beneficial Mortgage Company of Virginia at P. O. Box 21188, Eagan, MN 55121-4201, and all other creditors and necessary parties.

                                                  s/ Linda D. Jennings
                                                  Linda D. Jennings

## Creditors

**Afni, Inc.**
404 Brock Drive     (9110956)
PO Box 3427     (cr)
Bloomington, IL 61702-3427

**Allianceone**
1684 Woodlands Dr Ste 15     (9110957)
Maumee, OH 43537-0000     (cr)

**Allied Interstate Inc**
435 Ford Rd Ste 800     (9110958)
Minneapolis, MN 55426-0000     (cr)

**Asset Acceptance LLC**
PO Box 2036     (9110959)
Warren, MI 48090-2036     (cr)

**Beneficial Mortgage Company Of Virginia**
P O Box 21188     (9330090)
Eagan, MN 55121-4201     (cr)

**Beneficial/Hfc**
Po Box 1547     (9110960)
Chesapeake, VA 23327-0000     (cr)

**Cap One**
Po Box 85520     (9110961)
Richmond, VA 23285-0000     (cr)

**CAPITAL ONE BANK (USA), N.A.**
C/O TSYS DEBT MANAGEMENT (TDM)     (9317098)
PO BOX 5155     (cr)
NORCROSS, GA 30091

**Cavalry Portfolio Serv**     (9110962)

7 Skyline Dr Ste 3  (cr)
Hawthorne, NY 10532-0000

**Cavalry Portfolio Services, LLC** (9333675)
7 Skyline Drive, Third Floor (cr)
Hawthorne, NY 10532

**Celink** (9110963)
3900 Capitol City Blvd (cr)
Lansing, MI 48906-0000

**Chase** (9110964)
Po Box 15298 (cr)
Wilmington, DE 19850-0000

**Chld/Cbsd** (9110965)
Po Box 6497 (cr)
Sioux Falls, SD 57117-0000

**Cit Bank/Dfs** (9110966)
12234 N Ih 35 Sb Bldg B (cr)
Austin, TX 78753-0000

**City of Richmond Dept of Finan**
Real Estate & Delinquent Coll (9110967)
900 E. Broad Street, Rm 100 (cr)
Richmond, VA 23219-0000

**City of Richmond, Delinquent C**
City Hall, Rm. 100 (9110968)
PO Box 26505 (cr)
Richmond, VA 23261-6505

**Comcast** (9110969)
900 East Broad St (cr)
Richmond, VA 23219-0000

**Dell Financial Services L.L.C.**
c/o Resurgent Capital Services (9141256)
PO Box 10390 (cr)
Greenville, SC 29603-0390

**eCAST Settlement Corporation assignee of Chase**
Bank USA NA (9291925)
POB 35480 (cr)
Newark NJ 07193-5480

**Forster & Garbus** (9110970)

PO Box 9030  (cr)
Farmingdale, NY 11735-9030

**GC Services** (9110971)
6330 Gulfton  (cr)
Houston, TX 77081-0000

**GE Consumer Finance**
For GE Money Bank
dba CARECREDIT/GEMB  (9385424)
PO Box 960061  (cr)
Orlando FL 32896-0661

**Gemb/Care Credit** (9110972)
Po Box 981439  (cr)
El Paso, TX 79998-0000

**Gemb/Lowes** (9110973)
Po Box 103065  (cr)
Roswell, GA 30076-0000

**Ginny's**
c/o Creditors Bankruptcy Service  (9357329)
P O Box 740933  (cr)
Dallas, Tx 75374

**Ginny's** (9110974)
1112 7th Avenue  (cr)
Monroe, WI 53566-1364

**Homeplus Financial Corporation**
c/o Celink  (9172504)
P. O. Box 16247  (cr)
Lansing, MI 48901

**Hsbc Bank** (9110975)
Po Box 5253  (cr)
Carol Stream, IL 60197-0000

**Internal Revenue Service**
PO Box 36396  (9110976)
Mail Stop 822  (cr)
Memphis, TN 38130-0396

**Internal Revenue Service** (9112454)
PO Box 21126  (cr)
Philadelphia, PA 19114

**Internal Revenue Service**  
PO Box 16236  
Philadelphia, PA 19114-0236  
(9110977) (cr)

**IRS**  
P.O. Box 2115  
Philadelphia, PA 19114-0000  
(9110978) (cr)

**Lawrence G. Lewis**  
(9110979) (cr)

**Lawrence G. Lewis**  
3204 Logandale Ave  
Richmond, VA 23224-3544  
(9110980) (cr)

**Nco Fin /99**  
Pob 41466  
Philadelphia, PA 19101-0000  
(9110981) (cr)

**Nco Fin/99**  
Po Box 15636  
Wilmington, DE 19850-0000  
(9110982) (cr)

**Nissan Motor Acceptanc**  
Po Box 660360  
Dallas, TX 75266-0000  
(9110983) (cr)

**Nissan Motor Acceptance Corporation**  
P.O. Box 660366  
Dallas, TX 75266-0366  
(9120452) (cr)

**Oxford Collection Ag**  
135 Maxess Road  
Melville, NY 11747-0000  
(9110984) (cr)

**PRA Receivables Management, LLC**  
As Agent Of Portfolio Recovery Assocs.  
POB 41067  
NORFOLK VA 23541  
(9140509) (cr)

**Sears/Cbsd**  
Po Box 6189  
Sioux Falls, SD 57117-0000  
(9110985) (cr)

**Thd/Cbsd**  
Po Box 6497  
Sioux Falls, SD 57117-0000  
(9110986) (cr)

**The Home Depot Credit Services**  
(9110987)

PO Box 689100  (cr)
Des Moines, IA 50368-9100

**The Oulton Law Firm, PLLC**  (9330263)
2807 N Parham Rd Suite 107  (cr)
Richmond, VA 23294

**United Recovery Systems**  (9110988)
5800 North Course Drive  (cr)
Houston, TX 77072-0000

**Van Ru Crdt**  (9110989)
10024 Skokie Blvd  (cr)
Skokie, IL 60077-0000

**Wfnnb/Brylane Home**  (9110990)
Po Box 182121  (cr)
Columbus, OH 43218-0000

**Wfnnb/King Sizes**  (9110991)
4590 E Broad St  (cr)
Columbus, OH 43213-0000